UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Charles Dargan,

                Plaintiff(s),

     -against-

Robert Ercole, Superintendent, Green Haven Corr. Facility,

                Defendant(s).
----------------------------------------X

08 Civ. 5608 (CM) (RLE)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

    Purpose:_____

✓ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

    Particular Motion:_____
    _____

    All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

* Do not check if already assigned for general pretrial.

Dated: June 26, 2008
      New York, New York

Copies mailed/faxed/handed to counsel on  6/26/08

SO ORDERED: /s/ Colleen McMahon
_____
Hon. Colleen McMahon
United States District Judge