USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES DARGAN,

       Petitioner,

  - against -

ROBERT ERCOLE,

       Respondent.

---

**ORDER**

08 Civ. 5608 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Charles Dargan has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of the petition, it is hereby

**ORDERED** that the Clerk of the Court shall serve copies of this Order and of the petition by certified mail upon the Attorney General of the State of New York and the District Attorney of Bronx County, and it is further

**ORDERED** that respondent shall file an answer or other pleading to the petition, along with the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts, no later than **September 22, 2008.** Petitioner may file any reply papers no later than **October 22, 2008.**

**SO ORDERED** this 21st day of July 2008
New York, New York

*[signature: Ronald Ellis]*

The Honorable Ronald L. Ellis
United States Magistrate Judge