# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

~~ROBERT T. JOHNSON~~
District Attorney

198 East 161st Street
Bronx, New York 10451

(718) 590-2121
Fax  590-6523

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08

August 21, 2008

RE: <u>Charles Dargan v. Robert Ercole</u>
    08 Civ. 5608



RECEIVED
AUG 26 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007-1312

Dear Judge Ellis:

    Our Office represents the respondent in the above-entitled proceeding, and on August 5, 2008, I was assigned to respond to petitioner's writ of habeas corpus. Pursuant to your Order dated July 21, 2008, our response is currently due on September 22, 2008. Due to my workload, which currently consists of two state appellate briefs in the Appellate Division, First Department, two state appellate briefs in the Appellate Term, First Department, as well as a post-conviction motion, I respectfully request a fifty-three day extension until November 14, 2008.

    This first request for an extension to November 14, 2008, is made in good faith, based upon my approximation of the time required to prepare an adequate response. I have obtained consent from my adversary, Jan Hoth, Esq. of the Center for Appellate Litigation. Ms. Hoth and I have also agreed, pending your approval, that her reply papers will be submitted by December 19, 2008. Thank you for your consideration in this matter.

*Extension granted.*
**SO ORDERED**
*Ronald Ellis  8-22-08*
**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully,

Hannah E.C. Moore
HANNAH E.C. MOORE
Assistant District Attorney

cc:  Jan Hoth, Esq.
     Center for Appellate Litigation
     74 Trinity Place
     New York, New York 10006